CELESTINA SAVIO, Claimant, *v.* STATE OF NEW YORK, Defendant. (Claim No. 32100.)

CELESTINA SAVIO, Plaintiff, *v.* QUEENSBRIDGE REALTY CORP., Defendant. (Motion No. 2872.)

Court of Claims, June 10, 1955.

*Martin A. Crean* and *James J. McDermott* for Queensbridge Realty Corp., defendant.

*Jacob K. Javits, Attorney-General (David R. Paley* of counsel), for State of New York, defendant.

MAJOR, J. The Queensbridge Realty Corp., the defendant in the above Supreme Court action, moves this court for leave to file a " claim over " against the State of New York so as to consolidate the above actions, and to amend its answer to assert a cross complaint against the State.

The Court of Claims is without jurisdiction to grant the relief requested. (*Braun* v. *State of New York,* 203 Misc. 563; *Town of Cortlandt* v. *State of New York,* 51 N. Y. S. 2d 802.)

Motion denied. Submit order accordingly.